Joseph W. Campbell (Bar No. 53263)
LAW OFFICES OF JOSEPH W. CAMPBELL
  A Professional Corporation
1301 Marina Village Parkway, Suite 330
Alameda, CA  94501
Telephone:  (510) 865-5409
Fax:  (510) 865-5410

Attorneys for Plaintiffs Ginger Schuler
and Jim Schuler

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| GINGER SCHULER and JIM SCHULER,<br><br>  Plaintiffs,<br><br>vs.<br><br>CVS PHARMACY, INC.; CVS HEALTH, BRYAN JANN and DOES 1 to 50,<br><br>  Defendants. | Case No. 17-cv-05341-TSH<br><br>**STIPULATION FOR DISMISSAL AND [PROPOSED] ORDER THEREON**<br><br>**THE HONORABLE THOMAS S. HIXSON** |

TO THE COURT AND ALL PARTIES:

Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the parties plaintiff Ginger Schuler and defendants CVS Pharmacy, Inc., CVS Health, and Longs Drug Stores California, LLC hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

DATED: May 9, 2019              WENDEL, ROSEN, BLACK & DEAN LLP

                                By:  *William B. Rowell*
                                     William B. Rowell
                                     Attorneys for Plaintiffs Ginger Schuler
                                     and Jim Schuler

DATED: May ___, 2019            LAW OFFICES OF JOSEPH W. CAMPBELL

                                By:  *Joseph W. Campbell*
                                     Joseph W. Campbell
                                     Attorneys for Plaintiffs Ginger Schuler and
                                     Jim Schuler

## ORDER

IT IS HEREBY ORDERED that the complaint of plaintiff, 17-cv-05341-TSH, is hereby dismissed with prejudice.

DATED: May 10, 2019

_____
Thomas S. Hixson
United States Magistrate Judge